IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROSLYN HAWKINS,**<br>　　　　　　　**Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **CVS PHARMACY, INC., et al,**<br>　　　　　　　**Defendant.** | **NO. 23-cv-03659** |

## ORDER

**AND NOW**, this 20th day of November, 2023, this matter having been removed from the Philadelphia Court of Common Pleas by the Defendant on the basis that jurisdiction is proper under 28 U.S.C § 1332, and upon consideration of Plaintiff's Motion to Remand to State Court (ECF No. 11) and Defendants' Response in Opposition thereto (ECF No. 14), it is **HEREBY ORDERED** that:

1. The matter is **REMANDED** to the Philadelphia Court of Common Pleas;
2. The settlement conference scheduled for December 15 is **CANCELED**; and,
3. The Clerk of Court is directed to **TERMINATE** the matter.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**